JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LINDA LINDSEY, | No. CV 07-00206 RGK (FFMx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| ERIC K. SHINSEKI, Secretary of Veterans Affairs, | |
| Defendant. | |

   IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby dismissed with prejudice. Each party to bear its own costs and fees. The Court will retain jurisdiction over this action for the purposes of enforcing settlement.

DATED: January 4, 2011          _____
                                 UNITED STATES DISTRICT JUDGE

PRESENTED BY:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant

CV07-00206.20101229.JKA.Dismissal Order_mtd.wpd